MCGREGOR SCOTT
United States Attorney
JAMIE M. PAETZ
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4310 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:18-po-00361-JLT, Violation No. 7509482 |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION AND PROPOSED ORDER FOR DISMISSAL |
| MICHAEL L. BROWN, | |
| Defendant | |

The United States of America, by and through McGregor Scott, United States Attorney, and Jamie M. Paetz, Special Assistant United States Attorney, hereby moves to dismiss Violation No. 7509482 of Case No. 5:18-po-00361-JLT against Michael L. Brown without prejudice and in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: December 3, 2018          Respectfully Submitted,
                                 McGregor Scott
                                 United States Attorney

                         By:     PAETZ.JAMIE.MICHELLE.128814823 2
                                 Digitally signed by PAETZ.JAMIE.MICHELLE.12881482
                                 Date: 2018.12.03 18:52:04 -08'00'

                                 Jamie M. Paetz
                                 Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Violation No. 7509482 of Case No. 5:18-po-00361-JLT against Michael L. Brown be dismissed without prejudice, in the interest of justice.

Dated: December 4, 2018

_____

HON. JENNIFER L. THURSTON
United States Magistrate Judge